IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY NO. 16-52492-RBK |
| DICKINSON OF SAN ANTONIO, INC. | § | |
| | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Randall Pulman, Eric Pullen, and Thomas Rice and the firm of Pulman, Cappuccio, Pullen, Benson & Jones, LLP, attorneys for Erica Eckols ("Eckols") hereby requests, pursuant to Fed. R. Bankr. P. 2002, 9010, BLR 2001, 11 U.S.C. § 1101, *et seq.*, and all other applicable bankruptcy statutes and rules, that any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents filed or entered in this case, be transmitted to:

Randall Pulman, Eric Pullen and Thomas Rice
Pulman, Cappuccio, Pullen, Benson & Jones, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
rpulman@pulman.com
epullen@pulmanlaw.com
trice@pulmanlaw.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, including disclosure

{00216768}

statements or plans, whether formal or information, written or oral, and by whatever method transmitted or conveyed or otherwise filed or made with regard to the above-captioned bankruptcy case and any and all proceedings therein.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of ECKOLS (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to any other rights, claims, actions, setoffs, or recoupments to which ECKOLS is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated this 1st day of November, 2016.

        Respectfully submitted,

        **PULMAN, CAPPUCCIO,**
        **PULLEN, BENSON & JONES, LLP**
        2161 NW Military Highway, Suite 400
        San Antonio, Texas 78213
        www.pulmanlaw.com
        (210) 222-9494 Telephone
        (210) 892-1610 Facsimile

        By: */s/ Randall Pulman*
            Randall Pulman
            Texas State Bar No. 16393250
            rpulman@pulmanlaw.com

        **ATTORNEYS FOR ERICA ECKOLS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, I electronically filed the foregoing Notice of Appearance and Request for Service of Papers using the CM/ECF system, which will send a notice of electronic filing to all parties of record as set forth below. I also mailed this notice by first class mail to those parties that are required to receive manual notice as set forth below:

William R. Davis
Langley & Banack, Inc
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Email: wrdavis@langleybanack.com

                    /s/ Randall Pulman
                    Randall Pulman