UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DICKINSON OF SAN ANTONIO, INC., | § | CASE NO. 16-52492 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

*PLEASE TAKE NOTICE* that the Office of the Texas Attorney General on behalf of the Texas Higher Education Coordinating Board respectfully enters their appearance pursuant to Rule 9010 of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Hal F. Morris
Ashley Flynn Bartram
Assistant Attorneys General
Texas Attorney General's Office
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P. O. Box 12548- MC 008
Austin, Texas 78711-2548
Phone: 512/463-2173
Fax: 512/936-1409

*PLEASE TAKE FURTHER NOTICE* that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service,

hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: November 2, 2016.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        JEFFREY C. MATEER
        First Assistant Attorney General

        BRANTLEY STARR
        Deputy First Assistant Attorney General

        JAMES E. DAVIS
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        /s/ Hal F. Morris
        Hal F. Morris
        Texas State Bar No. 14485410
        Ashley Flynn Bartram
        Texas State Bar No. 24045883
        Assistant Attorneys General
        Bankruptcy & Collections Division
        P. O. Box 12548
        Austin, Texas 78711-2548
        P: (512) 463-2173 F: (512) 936-1409
        hal.morris@oag.texas.gov
        ashley.bartram@oag.texas.gov

        ATTORNEYS FOR THE TEXAS HIGHER EDUCATION
        COORDINATING BOARD

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding and that copies were mailed to the counsel and parties listed below, via first class U.S. Mail, postage prepaid on November 2, 2016.

| | |
|---|---|
| Dickinson of San Antonio, Inc. | William R. Davis, Jr |
| 4522 Fredricksburg Road, Suite A22 | Langley & Banack, Inc |
| San Antonio, TX 78201 | 745 E Mulberry Ave, Suite 900 |
| | San Antonio, TX 78212 |
| ***Debtor*** | ***Counsel for Debtor*** |

*/s/ Hal F. Morris*
HAL F. MORRIS
Assistant Attorney General