**Expedited hearing shall be held on 11/9/2016 at 10:00 AM in SA Courtroom 1. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed November 03, 2016.**

_____
Ronald B. King
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | X | |
| | X | CASE NO. 16-52492-RBK |
| DICKINSON OF SAN ANTONIO, INC. | X | |
| | X | CHAPTER 11 |
| DEBTOR | X | |

### ORDER EXPEDITING HEARING ON MOTION TO APPROVE TEACH-OUT AGREEMENT

On this day, came on to be considered the Motion for Expedited Hearing on Motion to Approve Teach-Out Agreement (hereinafter "Motion"), and it appearing to the Court that there is good cause to expedite such hearing and accordingly, the Motion for Expedited Hearing should be granted; it is therefore

ORDERED, ADJUDGED and DECREED that the Motion to Approve Teach-Out Agreement is scheduled for expedited hearing on the date and time listed above.

###

Submitted by:

William R. Davis, Jr.
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
Telephone (210) 736-6600