## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY NO. 16-52492-RBK |
| | § | |
| DICKINSON OF SAN ANTONIO, INC. | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | JOINTLY ADMINISTERED |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Aric J. Garza of The Law Offices of Aric J. Garza, PLLC, the attorney for Christopher Kinna et al "Kinna" hereby requests, pursuant to Fed. R. Bankr. P. 2002, 9010, BLR 2001, 11 U.S.C. § 1101, *et seq.*, and all other applicable bankruptcy statutes and rules, that any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents filed or entered in the case, be transmitted to:

Law Offices of Aric J. Garza, PLLC
115 E. Travis Street, Suite 1039
San Antonio, Texas 78205
Tel. (210) 225-2961
Fax (210) 225-2962
Email 1: agarza27@gmail.com
Email 2: agarza1039@gmail.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, including disclosure statements or plans, whether formal or information, written or oral, and by whatever method transmitted or conveyed or otherwise filed or made with regard to the above-captioned bankruptcy case and any and all proceedings therein.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of KINNA (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) to trial by jury in any proceeding to triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to any other rights, claims, action, setoffs, or recoupments to which KINNA is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully Submitted,

LAW OFFICES OF ARIC J. GARZA
PROFESSIONAL LIMITED LIABILITY COMPANY
115 E. Travis St., Suite 1039
San Antonio, Texas 78205
Tel. (210) 225-2961
Fax (210) 225-2962
Email: agarza27@gmail.com

By: _____
ARIC J. GARZA
State Bar No. 50511848
**Attorney for Christopher Kinna et al**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Appearance and Request for Service of Papers was served on the following attorney(s) of record in accordance with the Texas Rules of Civil Procedure by the method described below on the 3rd day of November, 2016:

**VIA EMAIL (PDF)**

Mr. Randall Pulman
Mr. Eric Pullen
Mr. Thomas Rice
Pulman, Cappuccio, Pullen, Benson & Jones, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
Tel. (210) 222-9494
Fax (210) 892-1610
Email 1: rpulman@pulman.com
Email 2: epullen@pulmanlaw.com
Email 3: trice@pulmanlaw.com
**Attorneys for Erica Eckols et al**

Mr. William R. Davis
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Tel. (210) 736-6600
Fax (210) 735-6889
Email: wrdavis@langleybanack.com

ARIC J. GARZA
Attorney for Christopher Kinna et al