UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DICKINSON OF SAN ANTONIO, INC., | § | CASE NO. 16-52492 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**NOTICE OF HEARING ON THE TEXAS HIGHER EDUCATION COORDINATING BOARD'S MOTION TO CONTINUE FINAL HEARING ON MOTION TO APPROVE TEACH-OUT AGREEMENT AND TO TREAT OCTOBER 9TH HEARING AS PRELIMINARY HEARING**
(Relates to Docket Nos. 20 and 22)

PLEASE TAKE NOTICE that on **Wednesday, November 9, 2016 at 10:00 a.m.**, an emergency hearing on the Texas Higher Education Coordinating Board's Motion to Continue the Final Hearing on the Debtor's Motion to Approve Teach-Out Agreement and to Treat October 9th Hearing as Preliminary Hearing (Docket No. 20) will be held before the Honorable Ronald B. King, Chief U.S. Bankruptcy Judge, at the Hipolito F. Garcia Federal Building & Courthouse located at 615 East Houston Street, San Antonio, Texas, 78205, Courtroom No 1.

Dated: November 8, 2016.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General

          Chief, Bankruptcy & Collections Division

*/s/ Hal F. Morris*
Hal F. Morris
Texas State Bar No. 14485410
Ashley Flynn Bartram
Texas State Bar No. 24045883
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
P: (512) 463-2173 F: (512) 936-1409
hal.morris@oag.texas.gov
ashley.bartram@oag.texas.gov

ATTORNEYS FOR THE TEXAS HIGHER EDUCATION COORDINATING BOARD

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding and that copies were mailed to the counsel and parties listed below via first class U.S. Mail, postage prepaid, on November 7, 2016.

| | |
|---|---|
| Dickinson of San Antonio, Inc.<br>4522 Fredricksburg Road, Suite A22<br>San Antonio, TX 78201 | William R. Davis, Jr<br>Langley & Banack, Inc<br>745 E Mulberry Ave, Suite 900<br>San Antonio, TX 78212 |
| *Debtor* | *Counsel for Debtor* |
| U.S. Trustee's Office<br>PO Box 1539<br>San Antonio, TX 78295-1539 | |

          */s/ Hal F. Morris*
          HAL F. MORRIS
          Assistant Attorney General

2